RECEIVED
JAN 03 2014
BY MAIL

FILED
JAN 0

IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD CLEMONS, )
    Plaintiff, )
  v. ) Case No. 4:13-cv-00458-CDP
GEORGE LOMBARDI, et al., )
    Defendants. )

Motion For An Order Compelling Discovery

Comes Now, Reginald Clemons (Plaintiff), pro se in the above entitled cause of action, moves in this Honorable Court for an Order pursuant to Rule 37(a) of the Fed. R. Civ. P., compelling Defendants: Daniel Dicus, Jeff Harper, and Thomas Collins to answer fully interrogatories number One (1) - through to - Twenty-five (25), copies of which are attached hereto. Plaintiff submitted these interrogatories, pursuant to Rule 33 of the Fed. R. Civ. P. on November 11, 2013, to which Defendants obtained an extension of time to complete discovery until December 15, 2013, but Plaintiff have not yet received the answers.

    Plaintiff also moves for an order pursuant to Rule 37(a)(4)

1

requiring the aforesaid Defendants to pay Plaintiff the sum of $34.74 as reasonable expenses in obtaining this order, on the ground that the Defendants' refusal to answer the interrogatories had no substantial justification.

Respectfully Submitted:

Signed: This 30 day of December 2013: x Reginald Clemons

Reginald Clemons 990102
Potosi Correctional Center
11593 State Highway O
Mineral Point, Mo. 63660

## CERTIFICATE OF SERVICE

I, Reginald Clemons, herein certify under the penalty of perjury that a true and correct copy of the foregoing is mailed, via the U.S. Postal Service with postage paid to the following:

Dana Walker Tucker
P. O. Box 861
St. Louis, Missouri 63188

x Reginald Clemons

Reginald Clemons, pro se