UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD CLEMONS,            )
                             )
        Plaintiff,           )
                             )
    v.                       )    No. 4:13CV458 CDP
                             )
GEORGE A. LOMBARDI, et al.,  )
                             )
        Defendants,          )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal. Plaintiff, a prisoner, has neither paid the appellate filing fee nor filed a motion for leave to proceed in forma pauperis. Plaintiff must pay the fee or file a motion for leave to proceed in forma pauperis in order to proceed with the appeal. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a prison account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty days of the date of this Order, either pay the $505 appellate filing fee[1] or file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

---

[1] If plaintiff chooses to pay the filing fee, plaintiff should make the remittance payable to "Clerk, United States District Court," and to include upon it: (1) his or her name; (2) his or her prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the "Motion to Proceed In Forma Pauperis - Prisoner Cases" form.

Dated this 20th day of June, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE